Jeffrey Chubak
AMINI LLC
116 West 23rd Street, Suite 500
New York, New York 10011
(212) 497-8247
jchubak@aminillc.com
- and -
Joseph D. Frank (admitted *pro hac vice*)
Jeremy C. Kleinman (admitted *pro hac vice*)
FRANKGECKER LLP
1327 West Washington Boulevard, Suite 5G-H
Chicago, Illinois 60607
(312) 276-1400
jfrank@fgllp.com
jkleinman@fgllp.com
*Attorneys for the Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, Inc., *et al.*,[1] | Case No. 15-23007-RDD |
| | Jointly Administered |
| Debtors. | |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | Adv. Proc. No. 18-08245-RDD |
| Plaintiffs, | **NOTICE OF DEFENDANTS'** |
| v. | **MOTION FOR LEAVE TO APPEAL** |
| PEPSICO, INC., *et al*., | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support, dated January 16, 2020, and the Declaration of Joseph D. Frank, dated January 16, 2020, together

---

[1] The Debtors are: 2008 Broadway, Inc.; The Great Atlantic & Pacific Tea Company, Inc.; A&P Live Better, LLC; A&P Real Property, LLC; APW Supermarket Corporation; APW Supermarkets, Inc.; Borman's, Inc.; Delaware County Dairies, Inc.; Food Basics, Inc.; Kwik Save Inc.; McLean Avenue Plaza Corp.; Montvale Holdings, Inc.; Montvale-Para Holdings, Inc.; Onpoint, Inc.; Pathmark Stores, Inc.; Plainbridge LLC; Shopwell, Inc.; Super Fresh Food Markets, Inc.; The Old Wine Emporium of Westport, Inc.; Tradewell Foods of Conn., Inc.; and Waldbaum, Inc.

with the exhibits annexed thereto, Defendants PepsiCo, Inc., Bottling Group, LLC, Frito-Lay North America, Inc., Quaker Sales and Distribution, Inc., and Muller Quaker Dairy, LLC hereby move for leave to appeal the Order of the Bankruptcy Court, entered January 2, 2020, denying their motion for summary judgment on Counts One through Four of the Debtors' Second Amended Complaint, pursuant to 28 U.S.C. § 158(a), and for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 8004(b)(2) and Local Civil Rule 6.1(b), opposition papers must be served within fourteen days after service hereof.

Dated: January 16, 2020

Respectfully submitted,

/s/ Jeffrey Chubak
Jeffrey Chubak
AMINI LLC
116 West 23rd Street, Suite 500
New York, New York 10011
(212) 497-8247
jchubak@aminillc.com
- and -
Joseph D. Frank (admitted *pro hac vice*)
Jeremy C. Kleinman (admitted *pro hac vice*)
FRANKGECKER LLP
1327 West Washington Boulevard, Suite 5G-H
Chicago, Illinois 60607
(312) 276-1400
jfrank@fgllp.com
jkleinman@fgllp.com
*Attorneys for the Defendants*