UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| In re: THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,<br>　　　　　　　　　Debtors. | Chapter 11<br>No. 15-23007-RDD<br>(Jointly Administered) |

---------------------------------------------------------------X

| | |
|---|---|
| PEPSICO, INC., et al.,<br>　　　　　　　　　Appellants,<br><br>　　　-against-<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.<br>　　　　　　　　　Appellees. | Bankruptcy Appeal<br>No. 20 Civ. 583 (CM)<br>(Jointly Administered)<br><br>Adv. Proc. No. 18-8245 (RDD)<br><br>**JUDGMENT** |

---------------------------------------------------------------X

　　It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 18, 2020, Pepsi's motion is denied; the Order of the Bankruptcy Court (Great Atlantic & Pacific Tea Co., et al., v. PepsiCo, Inc. et al, No. 18-8245 (RDD) (Bankr. S.D.N.Y. Apr 16, 2018) Dkt. No. 49 is affirmed; accordingly, this matter is closed.

**Dated:** New York, New York
　　　　　May 19, 2020

　　　　　　　　　　　　　　　　　　　　　　　　**RUBY J. KRAJICK**
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**
　　　　　　　　　　　　　　　　　　　**BY:** _[signature: David J. Thomas]_
　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**