UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,[1] <br><br>                    Debtors. | Bankruptcy Appeal No. 20-cv-583-CM <br><br> Chapter 11 No. 15-bk-23007-RDD <br><br> Jointly Administered |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al., <br>                    Plaintiffs-Appellees, <br><br>            - against - <br><br> PEPSICO, INC., BOTTLING GROUP, LLC, FRITO-LAY NORTH AMERICA, INC., QUAKER SALES AND DISTRIBUTION, INC., MULLER QUAKER DAIRY, LLC, STACY'S PITA CHIP COMPANY, INC., PEPSI BOTTLING GROUP, NJ, and PEPSI USA, <br>                    Defendants-Appellants. | Adversary Proceeding No. 18-ap-8245-RDD <br><br> **<u>CERTIFICATE OF SERVICE</u>** |

  I hereby certify, pursuant to Rule 8013(a)(1) and under penalty of perjury, that on June 9, 2020, I filed a motion to alter or amend the Order denying the above-named Defendants-Appellants' motion for leave to appeal and the subsequent Judgment of the Clerk [ECF No. 15] and memorandum of law in support of the motion [ECF No. 16], attaching the Order and Judgment as Exhibits [ECF No. 16-1 and 16-2], with the Court by CM/ECF, thereby causing Notice of Electronic Filing of the foregoing documents to be served by e-mail on counsel for Plaintiffs-Appellees David N. Crapo of Gibbons P.C. by e-mail, at dcrapo@gibbons.com.

Dated: June 10, 2020

                       /s/ Jeffrey Chubak

---

[1] The Debtors are: 2008 Broadway, Inc.; The Great Atlantic & Pacific Tea Company, Inc.; A&P Live Better, LLC; A&P Real Property, LLC; APW Supermarket Corporation; APW Supermarkets, Inc.; Borman's, Inc.; Delaware County Dairies, Inc.; Food Basics, Inc.; Kwik Save Inc.; McLean Avenue Plaza Corp.; Montvale Holdings, Inc.; Montvale-Para Holdings, Inc.; Onpoint, Inc.; Pathmark Stores, Inc.; Plainbridge LLC; Shopwell, Inc.; Super Fresh Food Markets, Inc.; The Old Wine Emporium of Westport, Inc.; Tradewell Foods of Conn., Inc.; and Waldbaum, Inc.