**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

| | |
|---|---|
| In re: THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,<br>                               Debtors. | Chapter 11<br>No. 15-23007-RDD<br>(Jointly Administered) |

---------------------------------------------------------------X

| | |
|---|---|
| PEPSICO, INC., et al.,<br>                              Appellants, | Bankruptcy Appeal<br>No. 20 Civ. 583 (CM)<br>(Jointly Administered) |
|       -against- | Adv. Proc. No. 18-8245 (RDD) |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.<br>                              Appellees. | **AMENDED JUDGMENT** |

---------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 18, 2020, Pepsi's motion is denied; accordingly, this matter is closed.

**Dated:** New York, New York
           June 12, 2020

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                              **BY:**
                                                  **Deputy Clerk**